**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff-Appellee,<br><br>v.<br><br>ADIEL HERNANDEZ-DEL CID, a.k.a.<br>Adiel Hernandez,<br><br>          Defendant-Appellant. | No.     16-10286<br><br>D.C. No.<br>2:16-cr-00333-SMM-1<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Stephen M. McNamee, District Judge, Presiding

Submitted August 16, 2017[**]

Before:  HUG, FARRIS, and CANBY, Circuit Judges.

Adiel Hernandez-Del Cid appeals from the district court's judgment and

challenges his guilty-plea conviction and 63-month sentence for re-entry of a

removed alien, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*,

---

[*]       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

386 U.S. 738 (1967), Hernandez-Del Cid's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel. We have provided Hernandez-Del Cid the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Hernandez-Del Cid waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED**.